AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

RECEIVED

| Middle | District of | Alabama | 2006 JUN 28 A 9: 23 |

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Dale E.Lee #163420
Plaintiff

V.

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

State of Alabama
Defendant

CASE NUMBER:

I, _____ Dale E.Lee #163420 _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?        ☒ Yes        ☐ No        (If "No," go to Part 2)

    If "Yes," state the place of your incarceration    Elmore Corr.Facility,Elmore,Al.36025

    Are you employed at the institution?  **Yes**    Do you receive any payment from the institution?  **No**

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?        ☐ Yes        ☒ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    **N/A,Incarcerated**

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

    **N/A,Incarcerated**

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | | | |
    |---|---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
    | e. | Gifts or inheritances | ☒ Yes | ☐ No |
    | f. | Any other sources | ☐ Yes | ☒ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Do you have any cash or checking or savings accounts?    ☒ Yes    ☐ No

AO 240 Reverse (Rev. 10/03)

I recieve small monetary gifts from friends and family members.

[See;Attached P.M.O.D. Account]

4.  Do you have **any** cash or checking or savings accounts?     ☒ Yes          ☐ No

If "Yes," state the total amount.  See;Attach.P.M.O.D.

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?          ☐ Yes          ☒ No

If "Yes," describe the property and state its value.

N/A,Incarcerated

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

If any of your dependants are minors, please do not list their full name; just list their initials.

N/A,Incarcerated

I declare under penalty of perjury that the above information is true and correct.

6-19-06                    _Dale E. Lee_
Date                                      Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
ELMORE CORRECTIONAL FACILITY

AIS #: 163420     NAME: LEE, DALE                    AS OF: 06/21/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| JUN | 9 | $0.06 | $0.00 |
| JUL | 31 | $24.48 | $123.00 |
| AUG | 31 | $22.56 | $100.00 |
| SEP | 30 | $3.99 | $61.00 |
| OCT | 31 | $20.19 | $200.00 |
| NOV | 30 | $4.03 | $42.00 |
| DEC | 31 | $36.09 | $100.00 |
| JAN | 31 | $5.34 | $82.00 |
| FEB | 28 | $79.05 | $374.00 |
| MAR | 31 | $169.73 | $6.00 |
| APR | 30 | $63.68 | $130.00 |
| MAY | 31 | $59.47 | $195.00 |
| JUN | 21 | $5.68 | $0.00 |

*Betty Hudson*

Sworn to and subscribed to before me this ___25th___ day of June, 2006

*Gregory Smith*
Notary Public
my comm. expires: __April 5, 2008__