IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DALE ENOS LEE, #163420, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv579-WHA |
| | ) |
| WILLIE THOMAS, et al., | ) |
| | ) |
| Respondents. | ) |

## **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #4), entered on June 30, 2006, the Recommendation is adopted, and it is hereby

ORDERED that this 28 U.S.C. § 2254 petition for habeas corpus relief is DENIED, and this action is DISMISSED in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A), as Lee has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider a successive habeas application.

DONE this 20th day of July, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE